UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,**<br><br>Petitioner,<br><br>vs.<br><br>**CARLOS FURTADO and**<br>**AMILTON DESOUZA,**<br><br>Respondents. | Civil Action No. 05-11872 (MLW) |

**RULE 7.1(A) STATEMENT OF COVERALL NORTH AMERICA, INC.**

Coverall North America, Inc. ("Coverall") has no parent corporation, and no publicly held corporation owns 10% or more of Coverall's stock.

                                            **COVERALL NORTH AMERICA, INC.**,

                                            By its attorneys,

                                            /s/ Michael D. Vhay
                                            Michael D. Vhay (BBO #566444)
                                            Traci S. Feit (BBO# 660688)
                                            DLA PIPER RUDNICK GRAY CARY US LLP
                                            One International Place, 21st Floor
                                            100 Oliver Street
                                            Boston, MA  02110-2600
                                            (617) 406-6000 (*telephone*)
                                            (617) 406-6100 (*fax*)

Dated:  September 23, 2005

~BOST1:392118.v1
22128701-1013