UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
COVERALL NORTH AMERICA, INC.,               )
                                            )
               Petitioner,                  )
                                            )   Civil Action No.
       v.                                   )   05-11872
                                            )
CARLOS FURTADO and AMILTON                  )
DeSOUZA,                                    )
                                            )
               Respondents.                 )
_____ )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action stipulate that the above-captioned action is hereby dismissed with prejudice. The parties waive all rights of appeal and agree that they shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| COVERALL NORTH AMERICA, INC., | EDINEI MACHADO, et al. |
| By its attorneys, | By their attorneys, |
| __s/ Michael D. Vhay_____ | __s/ Shannon Liss-Riordan_____ |
| Michael D. Vhay, BBO #566444 | Shannon Liss-Riordan, BBO #640716 |
| Lisa S. Core BBO #658709 | Hillary Schwab, BBO #666029 |
| DLA PIPER US LLP | PYLE, ROME, LICHTEN, EHRENBERG & |
| 33 Arch Street, 26th Floor |    LISS-RIORDAN, P.C. |
| Boston, MA 02110-1447 | 18 Tremont Street, 5th Floor |
| (617) 406-6000 | Boston, MA 02108 |
| | (617) 367-7200 |
| Norman M. Leon | |
| DLA PIPER CARY US LLP | |
| 203 North LaSalle Street, Suite 1900 | |
| Chicago, IL 60601 | |
| (312) 368-4000 | |

Dated: December 18, 2006